IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

**EXHIBIT B**

MICHAEL A. DRAZIC,

    Plaintiff,

v.

KIEWIT BUILDING GROUP INC.,

    Defendant.

CASE NO. 16-4506

**NOTICE OF FILING NOTICE OF REMOVAL**

    Defendant, Kiewit Building Group Inc., respectfully notifies this Court of its removal of this case to the United States District Court for the District of Nebraska. Removal is based upon federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441. A true and correct copy of Defendant's Notice of Removal filed in the United States District Court for Nebraska is attached hereto and incorporated herein.

Dated this 26th day of August, 2016.

      KIEWIT BUILDING GROUP, INC., Defendant,

By: s/Scott P. Moore
Scott Parrish Moore (NE# 20752)
Sara A. McCue (NE# 25521)
of  BAIRD HOLM LLP
1700 Farnam St Ste. 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
Facsimile:  402-344-0588
spmoore@bairdholm.com

Jeremy Stewart (Application to Be Submitted)
of  KIEWIT CORPORATION
Kiewit Plaza, Omaha, NE 68131
Phone: (402) 943-5042
Fax: (402) 271-2830
Jeremy.stewart@kiewit.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Filing Notice of Removal was sent via regular United States first-class mail, postage prepaid, this 26th day of August, 2016 to the following:

Jennifer L. Meyer
Dyer Law, P.C., LLO
10730 Pacific Street, Ste. 111
Omaha, NE 68114

      s/Scott P. Moore

DOCS/1716381.3

2