IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. DRAZIC, | ) | Case No. 8:16-cv-00409 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| KIEWIT BUILDING GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Plaintiff MICHAEL A. DRAZIC and Defendant KIEWIT BUILDING GROUP, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that the claims and counterclaims in the above-referenced case are dismissed with prejudice, each party to bear their own costs and attorney's fees.

   Dated this 18th day of November, 2016.

MICHAEL A. DRAZIC, Plaintiff

KIEWIT BUILDING GROUP, INC., Defendant

BY:   /s/ Jennifer Turco Meyer
   Jennifer Turco Meyer, #23760
   DYER LAW, P.C., LLO
   10730 Pacific Street, #111
   Omaha, Nebraska 68114
   (402) 393-7529
   (402) 391-2289 facsimile
   Jennifer@dyerlaw.com
   Attorney for Plaintiff

BY:   /s/ Scott Parrish Moore
   Scott Parrish Moore
   BAIRD HOLM LLP
   1700 Farnam St Ste. 1500
   Omaha, NE 68102-2068
   (402)-344-0500
   402-344-0588 facsimile

   and

   /s/ Jeremy W. Stewart
   Jeremy W. Stewart
   Kiewit Corporation
   Kiewit Plaza
   3555 Farnam Street
   Omaha, NE 68131
   (402) 943-5042
   (402) 271-2830 facsimile
   Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District Of Nebraska, with notice of case activity generated and sent electronically on November 18, 2016:

Scott Parrish Moore	spmoore@bairdholm.com

Sara A. McCue	smccue@bairdholm.com

Jeremy Stewart	Jeremy.stewart@kiewit.com


	/s/ Jennifer Turco Meyer