# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL A. DRAZIC,<br><br>                Plaintiff,<br><br>vs.<br><br>KIEWIT BUILDING GROUP, INC.,<br><br>                Defendant. | 8:16CV409<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal, ECF No. 13. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal, ECF No. 13, is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 21st day of November, 2016

                                                                                                                                                   BY THE COURT:

                                                                                                                                                   s/Laurie Smith Camp
                                                                                                                                                   Chief United States District Judge